**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CARL BENNETT                                                                                          PLAINTIFF

V.                                        NO. 3:04CV00353-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 2nd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE